STUART HANLON, SBN: 66104
TAMBURELLO & HANLON
214 Duboce Avenue
San Francisco, CA 94103
PH: (415) 431-4500
FAX:(415) 255-8631

ATTORNEYS FOR DEFENDANT
FRANK GARZA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No.  CR 05-00261 CW |
| Plaintiff, | ) **STIPULATION & [PROPOSED] ORDER RE WAIVER OF RIGHT TO BE PRESENT PURSUANT TO F.R.C.P. RULE 43(a)** |
| v. | ) |
| FRANK GARZA, | ) |
| Defendant. | ) |

The United States, by and through its counsel Assistant United States Attorney David L. Denier, and the defendant, by and through his counsel, Stuart Hanlon, hereby jointly request that defendant's presence be waived at the hearing on August 15, 2005. Mr. Garza resides and works in Virginia and it would be a hardship for him to travel and be present at the hearing on

**GARZA: STIPULATION RE WAIVER OF APPEARANCE**
**PAGE 1**                                     C:\Wp60\Wp60\FD\StipWaiveAppearance.garza.wpd

August 15, 2005.

Dated: August 11, 2005

                s/Stuart Hanlon
                CSBN: 66104
                Attorney for Defendant
                FRANK GARZA
                214 Duboce Avenue
                San Francisco, CA 94103
                415/431-4500
                stuarthanlon@mindspring.com

                s/David L. Denier
                Assistant U.S. Attorney
                *(Signature approved by telephone)*
                Office of The U.S. Attorney
                450 Golden Gate Avenue
                San Francisco, CA 94102
                415/436-6888
                david.denier@usdoj.gov

## **ORDER**

Based on the stipulation of the parties, and good cause appearing, it is hereby ordered that defendant Frank Garza's appearance at the hearing on August 15, 2005, is waived.

**IT IS SO ORDERED.**

Dated: 8/15/05

CLAUDIA WILKEN
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Claudia Wilken]*

**GARZA: STIPULATION RE WAIVER OF APPEARANCE
PAGE 2**

C:\Wp60\Wp60\FD\StipWaiveAppearance.garza.wpd