```
1  STUART HANLON, SBN: 66104
   TAMBURELLO & HANLON
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-4500
4  Attorney for Defendant
   FRANK GARZA
```

**FILED**

AUG 19 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANK GARZA, <br><br> Defendant. | No. CR 05-00261 CW <br><br> [~~PROPOSED~~] ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Garza, while on pretrial release, shall be allowed on August 17, 2005 to travel via airplane to Washington where he formally resided, to consult with his former physician. Mr. Garza will then travel to California, on August 20, 2005. He shall return to his current residence in Virginia within one week or no later than August 25, 2005.

All other conditions of pretrial release remain the same.

Dated: 8-19-05

WAYNE D. BRAZIL, U.S. Magistrate Judge
FOR THE HON. JUDGE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

*Garza: Order Re Permission to Travel*                                               1

cc: WDB's stats, Copy to parties by ECF
Sheilah, Financial, Pretrial