STUART HANLON, SBN: 66104
TAMBURELLO & HANLON
214 Duboce Avenue
San Francisco, California 94103
(415) 431-4500

Attorney for Defendant
FRANK GARZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANK GARZA, <br><br> Defendant. | No. CR 05-00261 CW <br><br> **ORDER GRANTING STIPULATION RE EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

  This matter was heard on August 15, 2005 at 2:30 p.m. before the Honorable Judge Claudia Wilken. At that time, the Court designated the matter complex and set the matter for trial on October 24, 2005.

  The Court excluded time from August 15, 2005 until October 24, 2005, due to the complexity of the case.

  IT IS HEREBY STIPULATED by the parties that time shall be excluded from August 15, 2005 until October 24, 2005, pursuant to 18 U.S.C. Section 3161 (h)(8)(A) and 3161(h)(8)(B)(ii) for the following reasons: the case is complex, due to the nature of the prosecution, the existence of novel questions of fact or law, and the extremely large amount of discovery, that it is unreasonable

*Garza: Stipulation and Order Re: Exclusion of Time*                     1

to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established.

It is therefore stipulated between the parties that the time between August 15, 2005 and October 24, 2005 be excluded pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Section 3161(h)(8)(B)(ii).

Dated: August 17, 2005

s/Stuart Hanlon
CSBN: 66104
Attorney for Defendant
FRANK GARZA
214 Duboce Avenue
San Francisco, CA 94103
415/431-4500
stuarthanlon@mindspring.com

s/David L. Denier
Assistant U.S. Attorney
*(Signature approved by telephone)*
Office of The U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102
415/436-6888
david.denier@usdoj.gov

**IT IS SO ORDERED.**

Dated: 8/22/05

Hon. Judge Claudia Wilken
United States District Court

*Garza: Stipulation and Order Re: Exclusion of Time* 2