1  STUART HANLON, SBN: 66104
   TAMBURELLO & HANLON
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-4500

4  Attorney for Defendant
   FRANK GARZA

5

6                **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8
   UNITED STATES OF AMERICA        ) No.  CR 05-00261 CW
9                                  )
              Plaintiff,            ) **STIPULATION AND [PROPOSED] ORDER**
10                                  ) **RE CONTINUANCE OF STATUS**
       v.                           ) **CONFERENCE HEARING DATE**
11                                  )
                                    )
12  FRANK GARZA,                    )
                                    )
13            Defendant.            )
                                    )
14  _____  )

15
        IT IS HEREBY STIPULATED by the parties that the Status
16
    Conference presently scheduled for October 31, 2005, at 2:30 p.m.
17
    before the Honorable Claudia Wilken, is hereby continued to
18
    November 14, 2005, at 2:30 p.m.
19
        Further, the appearance of Mr. Garza, who currently resides
20
    in Virginia, is hereby waived for this court appearance.
21
    Dated: October 26, 2005        s/Stuart Hanlon
22                                 CSBN: 66104
                                   Attorney for Defendant
23                                 FRANK GARZA
                                   214 Duboce Avenue
24                                 San Francisco, CA 94103
                                   415/431-4500
25                                 stuarthanlon@mindspring.com

26

27

28  *Garza: Stipulation and Order Re: Continuance*                    1

```
                                    s/David L. Denier
                                    Assistant U.S. Attorney
                                    (Signature approved by telephone)
                                    Office of The U.S. Attorney
                                    450 Golden Gate Avenue
                                    San Francisco, CA 94102
                                    415/436-6888
                                    david.denier@usdoj.gov
```

**IT IS SO ORDERED.**

Dated: 10/27/05

Hon. Judge Claudia Wilken
United States District Court



2