1  STUART HANLON, SBN: 66104
   TAMBURELLO & HANLON
2  214 Duboce Avenue
   San Francisco, California 94103
3  (415) 431-4500

4  Attorney for Defendant
   FRANK GARZA

5

6              **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8
   UNITED STATES OF AMERICA        )  No.  CR 05-00261 CW
9                                  )
              Plaintiff,           )  **STIPULATION AND ~~[PROPOSED]~~ ORDER**
10                                 )  **RE EXCLUDING TIME UNDER THE**
      v.                           )  **SPEEDY TRIAL ACT**
11                                 )
                                   )
12  FRANK GARZA,                   )
                                   )
13            Defendant.           )
                                   )
14  _____    )

15
           This matter was heard on October 24, 2005 at 2:30 p.m.
16
   before the Honorable Judge Claudia Wilken.  At that time, the
17
   defendant and his attorney failed to appear.  The matter was then
18
   continued to October 31, 2005 at 2:30 p.m.
19
           The defendant, through his counsel, has requested a
20
   continuance of the presently set Status Conference Hearing date
21
   of October 31, 2005 to November 14, 2005
22
       IT IS HEREBY STIPULATED by the parties that time shall be
23
   excluded from October 24, 2005 until November 14, 2005, pursuant
24
   to 18 U.S.C. Section 3161 (h)(8)(A) and 3161(h)(8)(B)(ii) for the
25
   following reasons: the case is complex, due to the nature of the
26
   prosecution, the existence of novel questions of fact or law, and
27

28  *Garza: Stipulation and Order Re: Exclusion of Time*                    1

the extremely large amount of discovery, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established.

It is therefore stipulated between the parties that the time between October 24, 2005 and November 14, 2005 be excluded pursuant to 18 U.S.C. Section 3161 (h)(8)(A) and Section 3161(h)(8)(B)(ii).


Dated: October 26, 2005  s/Stuart Hanlon
            CSBN: 66104
            Attorney for Defendant
            FRANK GARZA
            214 Duboce Avenue
            San Francisco, CA 94103
            415/431-4500
            stuarthanlon@mindspring.com


            s/David L. Denier
            Assistant U.S. Attorney
            *(Signature approved by telephone)*
            Office of The U.S. Attorney
            450 Golden Gate Avenue
            San Francisco, CA 94102
            415/436-6888
            david.denier@usdoj.gov

**IT IS SO ORDERED.**


Dated: _____10/28/05_____     _____
            Hon. Judge Claudia Wilken
            United States District Court

*Garza: Stipulation and Order Re: Exclusion of Time*    2

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA