STUART HANLON, SBN: 66104
TAMBURELLO & HANLON
214 Duboce Avenue
San Francisco, CA 94103
PH: (415) 431-4500
FAX:(415) 255-8631

ATTORNEYS FOR DEFENDANT
FRANK GARZA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00261 CW |
| Plaintiff, | **ORDER GRANTING STIPULATION RE WAIVER OF RIGHT TO BE PRESENT PURSUANT TO F.R.C.P. RULE 43(a)** |
| v. | |
| FRANK GARZA, | |
| Defendant. | |

      The United States, by and through its counsel Assistant United States Attorney David L. Denier, and the defendant, by and through his counsel, Stuart Hanlon, hereby jointly request that defendant's presence be waived at the hearing on December 19, 2005. Mr. Garza resides and works in Virginia and it would be a hardship for him to travel and be present at the hearing on

**GARZA: STIPULATION RE WAIVER OF APPEARANCE**
**PAGE 1**          C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\StipWaiveAppearance.garza.wpd

December 19, 2005.

Dated: November 28, 2005

        s/Stuart Hanlon
        CSBN: 66104
        Attorney for Defendant
        FRANK GARZA
        214 Duboce Avenue
        San Francisco, CA 94103
        415/431-4500
        stuarthanlon@mindspring.com


        s/David L. Denier
        Assistant U.S. Attorney
        *(Signature approved by telephone)*
        Office of The U.S. Attorney
        450 Golden Gate Avenue
        San Francisco, CA 94102
        415/436-6888
        david.denier@usdoj.gov

### **ORDER**

Based on the stipulation of the parties, and good cause appearing, it is hereby ordered that defendant Frank Garza's appearance at the hearing on December 19, 2005, is waived.

  **IT IS SO ORDERED.**

Dated: 12/1/05

                /s/ Claudia Wilken
                CLAUDIA WILKEN
                United States District Court Judge