STUART HANLON, SBN: 66104
TAMBURELLO & HANLON
214 Duboce Avenue
San Francisco, CA 94103
PH: (415) 431-4500
FAX:(415) 255-8631

ATTORNEYS FOR DEFENDANT
FRANK GARZA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 05-00261 CW |
| ) | |
| Plaintiff, ) | **[~~PROPOSED~~] ORDER RE** |
| ) | **MODIFICATION OF PRETRIAL** |
| v. ) | **RELEASE CONDITIONS** |
| ) | |
| FRANK GARZA, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Garza, while on pretrial release, shall be allowed on December 14, 2005 to travel via airplane to Washington State where he ~~formally~~ formerly resided, to consult with his former physician. Mr. Garza will then return to Virginia on December 16, 2005.

All other conditions of pretrial release remain the same.

Dated: December 1, 2005

~~THE HON. JUDGE CLAUDIA WILKEN~~
Judge Wayne D. Brazil
UNITED STATES DISTRICT COURT

IT IS SO ORDERED

**GARZA:**
**PAGE 1**

C:\Wp60\Wp60\FD\Order Re Travel.garza.wpd