STUART HANLON (SBN 066104)
Law Offices of Stuart Hanlon
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 431-4500
Fax: (415) 255-8631

Attorney for Defendant
FRANK J. GARZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANK J. GARZA,

    Defendant.

No. CR-05-00261-CW

**ORDER GRANTING APPLICATION TO FILE UNDER SEAL**

Based on the defense strategy contained in the Application for Rule 17( c ) Subpoenas and Declaration of Stuart Hanlon in Support Thereof, defendant FRANK GARZA hereby requests permission to file said documents under seal.

Dated: February 27, 2006

STUART HANLON
Attorney for Defendant FRANK GARZA

**IT IS SO ORDERED.**

Date:   **3/6/06**

HON. JUDGE CLAUDIA WILKEN

*Garza: Application to File Under Seal*      1