KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (4l5) 436-6888
   Facsimile: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00261-CW |
|     Plaintiff, | |
| v. | STIPULATION AND ORDER |
| FRANK J. GARZA, JR., | |
|     Defendant. | |

    Pursuant to the Court's Order, the defendant filed a Motion for Bill of Particulars and an Application for Rule 17(c) Subpoenas on February 27, 2006. The government was ordered to respond by March 6, 2006, and the matters were scheduled for hearing on March 20, 2006.

    The government is unable to complete its response by the due date and requests an one week extension of time. The defendant does not object.

    IT IS HEREBY AGREED AND STIPULATED by the parties that the government's response to the defendant's Motion for Bill of Particulars and Application for Rule 17(c)

///

///

///

///

Subpoenas be filed and served on or before March 13, 2006, and that the hearing on these matters set for March 20, 2006 be vacated and rescheduled for March 27, 2006, at 2:30 p.m.

KEVIN V. RYAN
United States Attorney

Dated: March 6, 2006 /s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division
Attorneys for United States of America

Dated: March 6, 2006 /s/ Stuart Hanlon
STUART HANLON
Attorney for Defendant
Frank J. Garza

IT IS SO ORDERED.

Dated: 3/7/06
CLAUDIA WILKEN
United States District Judge