STUART HANLON (SBN 066104)
Law Offices of Stuart Hanlon
214 Duboce Avenue
San Francisco, CA 94103
Tel: (415) 431-4500
Fax: (415) 255-8631

Attorney for Defendant
FRANK J. GARZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANK J. GARZA, ) <br> ) **ORDER** <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____) | No. CR-05-00261-CW <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR A BILL OF PARTICULARS AND RULE 17(A) SUBPOENA PRODUCTION &** <br><br> Date: March 27, 2006 <br> Time: 2:30 p.m. <br> Ctrm: Hon. Judge Claudia Wilken |

  Defendant herein filed a Motion for a Bill of Particulars and an Application for Rule 17 subpoenas (under seal) to be heard on March 27, 2006 at 2:30 p.m. before the Hon. Judge Claudia Wilken.

  Defendant's counsel, Stuart Hanlon, has reviewed the government's response to the motion and believes that it is sufficient and fully responsive.

  Further, the Rule 17 subpoenas have been issued by this Court and the parties are responding. The government and defense counsel are working out producing the documents when appropriate.

*Garza: Notice of Withdrawal of Motion & Proposed Order*   1

Therefore, defendant herein requests a withdrawal of the motion and there is no need for this Court to rule on the motion and it can be taken off calendar. Defense counsel, as well as the government waive their presence at said hearing.

Respectfully submitted,

Dated: March 27, 2006

/S/
STUART HANLON
Attorney for Defendant FRANK GARZA
LAW OFFICES OF STUART HANLON
214 Duboce Avenue
San Francisco, CA 94103
stuarthanlon@mindspring.com
(415) 431-4500

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that Defendant's Motion for a Bill of Particulars scheduled for March 27, 2006 at 2:30 p.m. is withdrawn.

It is further ordered that the Custodian of Records for various subpoenas to produce documents by March 27, 2006 are responding and no action shall be taken by this Court at this time.

**IT IS SO ORDERED.**

3/28/06

Dated: _____

HON. JUDGE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT