STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
214 Duboce Avenue
San Francisco, California 94103
(415) 431-4500

Attorney for Defendant
FRANK GARZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> FRANK GARZA, <br> Defendant. | No. CR 05-00261 CW <br> **ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that Mr. Garza, while on pretrial release, shall be allowed on April 9, 2006 to travel to New York State for a family trip. Mr. Garza will then return to Virginia on April 12, 2006.

All other conditions of pretrial release remain the same.

Dated: April 4, 2006

MAGISTRATE WAYNE D. BRAZIL
UNITED STATES DISTRICT COURT

1