IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANK J. GARZA, JR.,<br><br>    Defendant.<br>_____/ | No. CR 05-00261 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE |

    Defendant Frank Garza moves to continue the trial date scheduled for September 11, 2006, due to his current inability to pay for the services of a forensic accountant and investigators. Defense counsel states that, without these services, he cannot competently represent Defendant at trial. The government does not dispute this and, therefore, agrees that there should be a continuance of the trial to allow Defendant to secure the services of a forensic accountant and investigators.

    This matter was submitted on the papers. Having considered the parties' papers, and good cause appearing, the Court GRANTS

1  Defendant's Motion to Continue Trial Date (Docket No. 55).  Trial
2  will begin on April 9, 2007; the final pretrial conference will be
3  held on March 26, 2007, at 2:30 p.m.  The pretrial conference
4  scheduled for September 5, 2006 is VACATED.
5       IT IS SO ORDERED.

7  Dated: 8/10/06                    _____
8                                    CLAUDIA WILKEN
                                     United States District Judge