1  STUART HANLON, SBN: 66104
   TAMBURELLO & HANLON
2  179 - 11th Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorney for Defendant
   FRANK GARZA

5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8
   UNITED STATES OF AMERICA    ) No.  CR 05-00261 CW
9                              )
              Plaintiff,       ) **[PROPOSED] ORDER RE MODIFICATION**
10                             ) **OF PRETRIAL RELEASE CONDITIONS**
     v.                        )
11                             )
                               )
12 FRANK GARZA,                )
                               )
13            Defendant.       )
                               )
14 _____)

15
        GOOD CAUSE HAVING BEEN SHOWN,
16
        **IT IS HEREBY ORDERED** that Mr. Garza, while on pretrial
17
   release, shall be allowed on March 22, 2007 to travel via
18
   airplane from Oakland, California to Seattle, Washington for a
19
   business meeting.  Mr. Garza will then return on the same day to
20
   Oakland, California (March 22, 2007).   All other conditions of
21
   pretrial release remain the same.
22

23
   Dated:  March 15, 2007
24                                      _____
                                        MAGISTRATE JUDGE JOSEPH C. SPERO
25                                      UNITED STATES DISTRICT COURT

26

27

28
   *Garza: Declaration of Counsel Re Request for Permission to Travel*                3