STUART HANLON, SBN: 66104
LAW OFFICES OF STUART HANLON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
FRANK GARZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00261 CW |
| Plaintiff, | **ORDER RE MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |
| v. | |
| FRANK GARZA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN AND BY STIPULATION OF THE PARTIES HEREIN,

**IT IS HEREBY ORDERED** that Mr. Garza, while on pretrial release and as part of his conditions of pretrial release, shall be allowed to travel to and from the State of Georgia for work related matters. All other conditions of pretrial release remain the same.

Dated: May 31, 2007

_____
MAGISTRATE JUDGE WAYNE D. BRAZIL
UNITED STATES DISTRICT COURT

1